JS-6

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION—LOS ANGELES**

| | |
|---|---|
| SHIRIN FARAHANI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | Case No. 2:22-cv-07965 JLS (RAOx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Having reviewed the parties' Joint Stipulation of Dismissal with Prejudice, the Court **ORDERS** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: August 15, 2023

JOSEPHINE L. STATON
Hon. Josephine L. Staton
United States District Judge